S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
Assistant United States Attorney
ethan.knight@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 3:12-CR-00659-MO** |
| **v.** | |
| **REAZ QADIR KHAN,** | **GOVERNMENT'S FISA NOTIFICATION** |
| **Defendant.** | |

The United States of America, by S. Amanda Marshall, United States Attorney for the

District of Oregon, and through Ethan D. Knight, Assistant United States Attorney, hereby

provides notice to defendant Reaz Qadir Khan and to the Court, that pursuant to Title 50, United

States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or

otherwise use or disclose in any proceedings in the above-captioned matter, information obtained

and derived from electronic surveillance and physical search conducted pursuant to the Foreign

Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

       Dated this 5th day of March 2013.

<div style="margin-left: 50%;">

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney


*s/ Ethan D. Knight*
ETHAN D. KNIGHT, OSB #99298
Assistant United States Attorney
(503) 727-1000

</div>