AO 442 (Rev. 01/09) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 06 MAR '13 16:52 USDC-ORP

**UNDER SEAL**

United States of America )
v. )
) Case No. 3:12-CR-00659-MO
REAZ QADIR KHAN )
Defendant )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Reaz Qadir Khan                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Provide Material Support to Terrorists

DATE ARRESTED 3/5/13
BY FBI + PDX
U.S. MARSHAL

Date: 12/28/2012

City and state: Portland, Oregon

C. Brost
*Issuing officer's signature*

C. Brost, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____
                                                            *Arresting officer's signature*

                                                            *Printed name and title*