S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #99298**
Assistant United States Attorney
ethan.knight@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00659-MO |
| v. | NOTICE OF POTENTIAL CONFLICT |
| REAZ QADIR KHAN, | OF INTEREST |
| **Defendant.** | |

The United States of America, by S. Amanda Marshall, United States Attorney for the District of Oregon, and through Ethan D. Knight, Assistant United States Attorney, hereby notifies the Court of a potential conflict of interest relating to defendant's counsel of record, Amy Baggio. The reasons for the potential conflict are set forth in the government's Memorandum in Support of Potential Conflict of Interest, submitted for filing *ex parte* and under seal.

Respectfully submitted this 5th day of April 2013.

                S. AMANDA MARSHALL
                United States Attorney

                *s/ Ethan D. Knight*
                ETHAN D. KNIGHT, OSB #99298
                Assistant United States Attorney
                (503) 727-1000