S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT, OSB #99298**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Email:  ethan.knight@usdoj.gov
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-CR-00659-MO |
| v. | |
| REAZ QADIR KHAN, | SECOND NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE |
| Defendant. | SURVEILLANCE ACT INFORMATION |

Comes now the United States of America, by S. Amanda Marshall, United States Attorney, and Ethan D. Knight, Assistant United States Attorney, both for the District of Oregon, and hereby provides notice to this Court and the defense, pursuant to 50 U.S.C. §§ 1806(c) and 1881e(a), that the government intends to offer into evidence or otherwise use or disclose in proceedings in the above-captioned matter information obtained or derived from acquisition of

foreign intelligence information conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. § 1881a.

Dated this 3rd day of April 2014.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

*s/ Ethan D. Knight*
ETHAN D. KNIGHT, OSB #99298
Assistant United States Attorney
(503) 727-1000