# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-659-MO |
| Plaintiff, | |
| v. | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| REAZ QADIR KHAN, | |
| Defendant. | |

Upon motion of the Defendant, the Court advised as to the nature of this case, and there being no objection by the parties, it is hereby

ORDERED that the condition that defendant Reaz Qadir Khan be placed on Home Detention is hereby deleted and replaced with the condition that the defendant is placed on Curfew, the hours of which are to be determined by the defendant's United States Pretrial Services Officer. All other conditions entered in this Court's Order of March 7, 2013 (CR-13), remain in effect.

Dated this 8th of April, 2014.

/s/Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

Presented by:
/s/ Amy Baggio, OSB #01192
Of Counsel for Defendant
503-222-9830

Page 1 ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE