**Amy Baggio, OSB #01192**
amy@baggiolaw.com
**Baggio Law**
**621 SW Morrison, Suite 1025**
**Portland, OR 97205**
**Tel:    (503) 222-9830**
**Fax:    (503) 274-8575**

**John S. Ransom, OSB #742655**
john@ransomblackman.com
**Ransom Blackman LLP**
**1001 SW 5th Ave Ste 1400**
**Portland OR  97204**
 **Tel:    (503) 228-0487**
**Fax:    (503) 227-5984**

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cr-659-MO |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF ASSERTION OF ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT PRIVILEGES** |
| **REAZ QADIR KHAN,** | |
| Defendant. | |

      The defendant, Reaz Qadir Khan, through counsel, hereby asserts full and complete rights to attorney-client privileged communications and attorney work product privileged communications.

**Page 1**     DEFENDANT'S NOTICE OF ASSERTION OF ATTORNEY-CLIENT AND ATTORNEY WORK PRODUCT PRIVILEGES

This assertion of rights is made upon discovery that the government has monitored/may be continuing to monitor privileged defense communications and in order to protect said privileges on behalf of the defendant.  Mr. Khan is preparing a Motion for Disclosure of Monitoring of Privileged Communications, Minimization Procedures & Filter Team Protocol, expected to be filed on April 28, 2014, but in the interim hereby invokes his right to counsel, right to a fair trial, right to due process, and right to present a defense.  U.S. Const. Am. V and VI.

Respectfully submitted on April 21, 2014.


/s/ Amy Baggio
Amy Baggio
Of Attorneys for Defendant