18-1 (Rev. 2-15-2011)



**Federal Bureau of Investigation**
**Digital Evidence Section**

Operational Technology
BRF Building 27958A
Quantico, Virginia 22135

## REPORT OF ANALYSIS

To:  Portland
     PD-NWRCFL
     Attn: Roberta J. Sanders

Date:  June 12, 2013

Case ID No.: 415M-PD-52837-CRIMINAL

Lab No.:  130607251 QD

Reference:  Communication dated May 22, 2013

Ref. No.:  Serial 26

Title:  CRIMINAL

Date specimen received:  June 7, 2013

Specimens:
  Q1: Maxtor   6L200M00472   S/N:L411LDDG damaged/burned HDD

Request:
  The NWRCFL requested CEAU assistance in recovering data from Q1 specimen.

Details of Examination:
  The Q1 specimen is too damaged to recover any data with current tools and techniques. The Q1 specimen is being sent back to the NWRCFL via Operational Technology Division Evidence Control Center.

Examiner: _____
          Jason Abramowitz
Operational Technology Division
Computer Analysis Response Team

Page 1 of 1

For Official Use Only

**Exhibit 1**
**Page 1 of 1**