# John Ransom

| | |
|---|---|
| **From:** | Knight, Ethan (USAOR) <Ethan.Knight@usdoj.gov> |
| **Sent:** | Tuesday, June 03, 2014 9:02 AM |
| **To:** | John Ransom |
| **Cc:** | Amy Baggio; Gorder, Charles (USAOR) |
| **Subject:** | RE: Burned hard dirvie |

Jack:

Since it is not our practice (and it would probably violate some DOJ policy) to release evidence in a pending criminal case to an unknown individual working for a vendor unknown to the government, we will not be shipping the drive to DriveSavers.

Again, can I suggest a reasonable first step whereby your expert speaks to our expert about the item and what might be done to it and to see how testing could occur. We would also be happy to let the Court know that additional CJA funding for expert travel in this specific instance seems reasonable.

If this doesn't sound like a good first step, please take this up with the Court.

Thank you,
Ethan

---

**From:** John Ransom [mailto:john@ransomblackman.com]
**Sent:** Monday, June 02, 2014 12:52 PM
**To:** Knight, Ethan (USAOR)
**Cc:** Amy Baggio; Gorder, Charles (USAOR)
**Subject:** RE: Burned hard dirvie

The cost for a person to travel from California to the FBI facility here to pick up the burned hard drive is not money the CJA will pay. I suggest you prepare the paperwork you need and we will agree the disc may be sent however you wish, i.e., FedEX or similar company. Since your people were not able to recover anything, I don't see what the procedural hangup is.

---

**From:** Knight, Ethan (USAOR) [mailto:Ethan.Knight@usdoj.gov]
**Sent:** Monday, June 02, 2014 12:45 PM
**To:** John Ransom
**Cc:** Amy Baggio; Gorder, Charles (USAOR)
**Subject:** RE: Burned hard dirvie

Can you please give me a name? The FBI will need the name of the person in advance of them coming to their space. Thanks.

---

**From:** John Ransom [mailto:john@ransomblackman.com]
**Sent:** Monday, June 02, 2014 6:18 AM
**To:** Knight, Ethan (USAOR)
**Cc:** Amy Baggio; Gorder, Charles (USAOR)
**Subject:** RE: Burned hard dirvie

DriveSavers Data Recovery, Inc., 400 Bel Martin Keys, Blvd., Novato, CA 94949

Exhibit 2
Page 1 of 3

**From:** Knight, Ethan (USAOR) [mailto:Ethan.Knight@usdoj.gov]
**Sent:** Sunday, June 01, 2014 9:40 AM
**To:** John Ransom
**Cc:** Amy Baggio; Gorder, Charles (USAOR)
**Subject:** RE: Burned hard dirvie

Can I please have your expert's name for the paperwork?

Thanks

**From:** John Ransom [mailto:john@ransomblackman.com]
**Sent:** Thursday, May 29, 2014 11:01 AM
**To:** Knight, Ethan (USAOR)
**Cc:** Amy Baggio; Gorder, Charles (USAOR)
**Subject:** RE: Burned hard dirvie

I have no idea what of what you are speaking. You have a hard drive. Your facilities were unable to recover any content. The people I wish to hire offer no guarantees but will try to recover material which was on it. What else is there?

**From:** Knight, Ethan (USAOR) [mailto:Ethan.Knight@usdoj.gov]
**Sent:** Thursday, May 29, 2014 10:27 AM
**To:** John Ransom
**Cc:** Amy Baggio; Gorder, Charles (USAOR)
**Subject:** RE: Burned hard dirvie

Sounds good. We need some idea of what sort of tests you plan on conducting so we can determine what facilities, time, etc., will be needed and then I can put some agreement together.

**From:** John Ransom [mailto:john@ransomblackman.com]
**Sent:** Wednesday, May 28, 2014 6:24 AM
**To:** Knight, Ethan (USAOR)
**Cc:** Amy Baggio; Gorder, Charles (USAOR)
**Subject:** RE: Burned hard dirvie

We do intend to conduct further testing so no reason to chat with Mr. Springer. Prepare whatever documents you think are necessary to allow us to have the hard drive tested.

**From:** Knight, Ethan (USAOR) [mailto:Ethan.Knight@usdoj.gov]
**Sent:** Tuesday, May 27, 2014 3:45 PM
**To:** John Ransom
**Cc:** Amy Baggio; Gorder, Charles (USAOR)
**Subject:** RE: Burned hard dirvie

Jack:

The person your expert should contact is Jeremey Springer, the FBI forensic examiner who has working on this case. His number is 503.528.3355. Hopefully, the two of them can discuss the condition of the drive (in forensic terms that I don't understand) and discuss if there is a need for further testing. If you wish to conduct additional testing we can speak further about what sort of waiver or stipulation may be required since the item is held as evidence.

Finally, who is your expert?

Thanks. Let me know if you have any other questions.

Ethan

**From:** John Ransom [mailto:john@ransomblackman.com]
**Sent:** Thursday, May 22, 2014 12:54 PM
**To:** Knight, Ethan (USAOR)
**Cc:** Amy Baggio
**Subject:** Burned hard dirvie

I now have a vendor prepared to look at the burned hard drive to determine if it can recover any data. Do you want to put me in touch with the FBI person or do you want everything to go through you?