**AMY BAGGIO, OSB No. 011920**
amy@baggiolaw.com
BAGGIO LAW
621 S.W. Morrison, Suite 1025
Portland, OR 97205
Tel:   (503) 222-9830
Fax:   (503) 274-8575

**JOHN S. RANSOM, OSB No. 742655**
john@ransomblackman.com
RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland OR  97204
Tel:   (503) 228-0487
Fax:   (503) 227-5984

Attorneys for Defendant Reaz Qadir Khan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:12-CR-659-MO |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO STRIKE SURPLUSAGE FROM INDICTMENT** |
| REAZ QADIR KHAN, | |
| Defendant. | |

The defendant, Reaz Qadir Khan, through counsel, moves for an Order pursuant to

Rule 7(d), F.R.Cr.P., to strike surplusage from the indictment.

Page 1-    DEFENDANT'S MOTION TO STRIKE SURPLUSAGE FROM
           INDICTMENT

In support, thereof, the defendant contemporaneously files a memorandum of law.

WHEREFORE, it is respectfully requested the instant motion be granted.

Dated this 15th day of September, 2014.

                                                Respectfully submitted,

                                                RANSOM BLACKMAN LLP

                                                */s/ John S. Ransom*
                                                JOHN S. RANSOM
                                                OSB No. 742655
                                                (503) 228-0487
                                                Attorneys for Defendant
                                                Reaz Qadir Khan

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT'S MOTION TO STRIKE SURPLUSAGE FROM THE INDICTMENT on the following attorneys by electronic case filing a full and correct copy thereof on the 15th day of September, 2014.

Charles F. Gorder, Jr.
Assistant United States Attorney
Ethan D. Knight
Assistant United States Attorney
United States Attorney's Office
Suite 600
1000 S.W. Third Avenue
Portland, OR 97204-2902

RANSOM BLACKMAN LLP

*/s/ John S. Ransom*
JOHN S. RANSOM
OSB No. 742655
[503] 228-0487
Of Attorneys for Defendant
Reaz Qadir Khan