UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

          Plaintiff,

      v.

**REAZ QADIR KHAN**,

          Defendant.

No. 3:12-cr-00659-MO

OPINION AND ORDER

**MOSMAN, J.**,

On November 7, 2014, a motion hearing was held.  Defendant's Motion to Dismiss the Indictment [116] is hereby taken under advisement.  For the reasons stated on the record, Defendant's Motion for Bill of Particulars [110] is DENIED with leave to renew.  Defendant's Motion to Strike Surplusage from the Indictment is DENIED [111], however should the court grant the Motion to Dismiss [116] for being vague in reference to the potential statutory maximum, it will strike the relevant language from the indictment.  Defendant's Motion in Limine [115] is DENIED as to preclusion, but GRANTED as a discovery request, as discussed on the record.   Finally, Defendant's Motion in Limine [122] is DENIED as to preclusive effect and DENIED as a request for early production of co-conspirators statements.  IT IS SO ORDERED.

DATED this  10th  day of November, 2014.

/s/Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

1 – OPINION AND ORDER