UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**REAZ QADIR KHAN**,

    Defendant.

No. 3:12-cr-00659-MO

ORDER

**MOSMAN, J.**,

Defendant's Motion to Compel Notice of Searches and Seizures and Purposed Legal Authority [94] and Defendant's Motion to Dismiss the Indictment [116] are DENIED. An Opinion and Order will follow. Defendant's Unopposed Motion to Stay the Round 4 Amended Litigation Schedule [151] is GRANTED. The Parties are requested to submit a proposed Second Amended Litigation Schedule, suggesting revised dates for existing motions by December 1, 2014. IT IS SO ORDERED.

DATED this __21st__ day of November, 2014.

                                                  /s/ Michael W. Mosman
                                                MICHAEL W. MOSMAN
                                                United States District Judge