UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**REAZ QADIR KHAN,**

    Defendant.

No. 3:12-cr-00659-MO

OPINION AND ORDER

**MOSMAN, J.,**

    At Oral Argument, Counsel inquired about an upcoming opinion concerning the double conspiracy theory in the Motion to Dismiss the Indictment [116]. After reviewing the record of prior discussions, I have come to the determination that no such opinion is necessary.

    DATED this ___ day of January, 2015.

MICHAEL W. MOSMAN
United States District Judge