UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FILED13FEB'15 10:26USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-cr-00659-MO |
| v. | SUPERSEDING INFORMATION |
| REAZ QADIR KHAN, | 18 U.S.C. § 3 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
### Accessory After the Fact

From on or about October 2008 through on or about June 2, 2009, in the District of Oregon, defendant **REAZ QADIR KHAN**, knowing that an offense against the United States has been committed, to wit, Conspiracy to Provide Material Support to Terrorists which resulted in death, in violation of Title 18, United States Code, Sections 2339A and 956, did relieve, comfort, and assist the offenders, to wit, Ali Jaleel and others, in order to hinder and prevent the offenders' apprehension, trial, and punishment, in violation of Title 18, United States Code, Section 3.

Dated this 13th day of February 2015.

S. AMANDA MARSHALL
United States Attorney

ETHAN D. KNIGHT, OSB #99298
CHARLES F. GORDER JR., OSB #91287
Assistant United States Attorneys